UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.  8:14-CV-02886-VMC-TGW

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ALBERT J. SCIPIONE, | ) ) |
| Defendant. | ) ) ) |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ITS CLAIMS FOR DISGORGEMENT, PREJUDGMENT INTEREST AND CIVIL PENALTY AGAINST DEFENDANT ALBERT J. SCIPIONE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Securities and Exchange Commission provides notice that it is dismissing its claims for disgorgement, prejudgment interest and a civil penalty against Defendant Albert J. Scipione due to sanctions imposed on him in the parallel criminal proceeding (*USA v. Scipione*, Case No.: 8:14-cr-469-T-26MAP).[1]

Accordingly, all outstanding litigation issues in this case against Scipione have been resolved.[2]  Moreover, pursuant to its March 18th Order, the Court has retained jurisdiction over Scipione for the purposes of enforcing the terms of the Judgment entered against Scipione on March 18, 2015.  [*See* DE 12 at p. 19].

Respectfully submitted,

April 10, 2015          By:     s/ Christopher E. Martin

---

[1] On November 18, 2014, in a related criminal proceeding against Scipione, a plea agreement was filed where he pled guilty to one count of conspiracy to commit wire fraud.  On February 20, 2015, the criminal court, among other things, sentenced Scipione to two and half years imprisonment and ordered him to pay more than $450,000 in restitution.  [*See USA v. Scipione*, Case No.: 8:14-cr-469-T-26MAP, DE 5, 12 & 20].

[2] On March 18, 2015, the Court entered an Order against Scipione for default judgment.  [*See* DE 13].  Therein, the Court entered a permanent injunction against Scipione and reserved jurisdiction for 60 days to allow the Commission sufficient time to propose a specific disgorgement, prejudgment interest thereon, and civil money penalty in light of the criminal sanctions imposed against Scipione.  [*Id.*, at pp. 13-19].

-2-

        Christopher E. Martin
        Senior Trial Counsel
        Arizona Bar No. 018486
        Telephone: (305) 982-6386
        E-mail:  martinc@sec.gov

        Attorney for Plaintiff
        **SECURITIES AND EXCHANGE COMMISSION**
        801 Brickell Avenue, Suite 1800
        Miami, Florida 33131
        Telephone: (305) 982-6300
        Facsimile: (305) 536-4154

### **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that on April 10, 2015, I had the foregoing document and the notice of electronic filing mailed to the following non-CM/ECF participant:

Albert J. Scipione
19128 Larchmont Dr.
Odessa, FL 33556

        s/ Christopher E. Martin
        Christopher E. Martin, Esq.